# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**RICHARD MCCOY,**                                                                 **PLAINTIFF**
**ADC #114075**

v.                               Case No. 2:21-cv-00084-KGB

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Richard McCoy's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 9th day of January, 2023.

                                                                                      */s/ Kristine G. Baker*
                                                                                 Kristine G. Baker
                                                                                 United States District Judge